## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | |
| v. | Case No. 22-cv-168 |
| DAVID S. SARGENT, and CHRISTOPHER M. KLUNDT, | Honorable LaShonda A. Hunt |
| Defendants. | |

### JOINT STATUS REPORT

Pursuant to the Court's June 26, 2024 Minute Entry (Dkt. No. 64), Plaintiff United States Securities and Exchange Commission ("SEC") and Defendants David S. Sargent ("Sargent") and Christopher M. Klundt ("Klundt"), respectfully submit the following Joint Status Report.

This case has been stayed pending resolution of the related criminal matter. The Government's appeal of the oral ruling granting Defendant Sargent's Motion for Judgment of Acquittal, or Alternatively for a New Trial Motion, remains pending. *U.S. v. Sargent*, No. 24-1102 (7th Cir.). The Government's reply brief is due on or before September 25, 2024.

The parties are engaged in settlement discussions to resolve this case and have made progress on a potential resolution.

In light of the above, the parties propose extending the current stay for an additional 60 days to further explore settlement.

Dated: August 26, 2024

By: **/s/ Terence H. Campbell**
Terence H. Campbell
(tcampbell@cotsiriloslaw.com)
Cotsirilos, Tighe, Streicker, Poulos
& Campbell
55 E. Monroe St., Suite 3250
Chicago, Illinois 60603

*Attorney for Defendant Christopher Klundt*

By: **/s/ Christopher Grohman**
Christopher Grohman
(cgrohman@beneschalw.com)
Benesch Friedlander Coplan and Aronoff
71 S. Wacker Drive, Suite 1600
Chicago, Illinois 60606

*Attorney for Defendant David Sargent*

By: **/s/ Kevin A. Wisniewski**
Kevin A. Wisniewski (wisniewskik@sec.gov)
Austin Stephenson (StephensonAU@sec.gov)
175 W. Jackson Blvd., Suite 1450
Chicago, Illinois 60604

*Attorneys for Plaintiff Securities and Exchange Commission*