UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | |
| v. | Case No. 22-cv-168 |
| DAVID S. SARGENT, and CHRISTOPHER M. KLUNDT, | Honorable LaShonda A. Hunt |
| Defendants. | |

**JOINT STATUS REPORT**

Pursuant to the Court's August 27, 2024 Minute Entry (Dkt. No. 66), Plaintiff United States Securities and Exchange Commission ("SEC") and Defendants David S. Sargent ("Sargent") and Christopher M. Klundt ("Klundt"), respectfully submit the following Joint Status Report.

This case has been stayed pending resolution of the related criminal matter. The Government's appeal of the oral ruling granting Defendant Sargent's Motion for Judgment of Acquittal, or Alternatively for a New Trial Motion, remains pending. *U.S. v. Sargent*, No. 24-1102 (7th Cir.).

The SEC and Sargent have agreed to a settlement in principle, which is subject to the approval of the five-member Commission after review by various divisions within the SEC. The Commission's internal process for considering proposed settlements typically takes a matter of weeks. The SEC will promptly advise the Court once the Commission has considered Sargent's settlement proposal.

The SEC and Klundt are engaged in settlement discussion, which have been stalled due to unforeseen medical issues. Counsel for the SEC and Klundt anticipate concluding settlement discussions soon.

In light of the above, the parties propose extending the current stay for an additional 60 days to conclude settlement discussions.

Dated: October 31, 2024

By: **/s/ Terence H. Campbell**
Terence H. Campbell
(tcampbell@cotsiriloslaw.com)
Cotsirilos, Tighe, Streicker, Poulos
& Campbell
55 E. Monroe St., Suite 3250
Chicago, Illinois 60603

*Attorney for Defendant Christopher Klundt*

By: **/s/ Kevin A. Wisniewski**
Kevin A. Wisniewski (wisniewskik@sec.gov)
Austin Stephenson (StephensonAU@sec.gov)
175 W. Jackson Blvd., Suite 1450
Chicago, Illinois 60604

*Attorneys for Plaintiff Securities and Exchange Commission*

By: **/s/ Christopher Grohman**
Christopher Grohman
(cgrohman@beneschlaw.com)
Benesch Friedlander Coplan and Aronoff
71 S. Wacker Drive, Suite 1600
Chicago, Illinois 60606

*Attorney for Defendant David Sargent*