UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | |
| v. | Case No. 22-cv-168 |
| DAVID S. SARGENT, and CHRISTOPHER M. KLUNDT, | Honorable LaShonda A. Hunt |
| Defendants. | |

**JOINT STATUS REPORT**

Pursuant to the Court's November 1, 2024 (Dkt. No. 68) and December 27, 2024 Minute Entries (Dkt. No. 70), Plaintiff United States Securities and Exchange Commission ("SEC") and Defendant David S. Sargent ("Sargent") respectfully submit the following Joint Status Report.

This case has been stayed pending resolution of the related criminal matter. The Government's appeal of the oral ruling granting Defendant Sargent's Motion for Judgment of Acquittal, or Alternatively for a New Trial Motion, remains pending. *U.S. v. Sargent*, No. 24-1102 (7th Cir.).

The SEC and Defendant Sargent have reached a settlement in this matter. On December 27, 2024, the Court entered a Consent Judgment as to Defendant Sargent, which fully resolved the SEC's claims against Sargent. (Dkt. No. 71).

The SEC's claims against Defendant Christopher Klundt ("Klundt") remain outstanding. Since the parties last joint status report, filed on October 31, 2024, the SEC and Defendant Klundt have had no further settlement discussions.

The SEC requests a status hearing to address the stay in this matter, the status of settlement discussions, and a discovery schedule.

Counsel for the SEC attempted to contact counsel for Klundt via email on December 30, 2024, January 2, 2025, and January 3, 2025 in connection with the submission of this Joint Status Report. Counsel for Klundt did not respond.

Dated: January 3, 2025

By: **/s/ Christopher Grohman**
Christopher Grohman
(cgrohman@beneschalw.com)
Benesch Friedlander Coplan and Aronoff
71 S. Wacker Drive, Suite 1600
Chicago, Illinois 60606

*Attorney for Defendant David Sargent*

By: **/s/ Kevin A. Wisniewski**
Kevin A. Wisniewski (wisniewskik@sec.gov)
Austin Stephenson (StephensonAU@sec.gov)
175 W. Jackson Blvd., Suite 1450
Chicago, Illinois 60604

*Attorneys for Plaintiff Securities and Exchange Commission*

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document on counsel of record by filing it with the Court's ECF system.

Dated: January 3, 2025            /s/ Kevin A. Wisniewski

                                                         Kevin A. Wisniewski