**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

United States Securities and Exchange Commission

                                                     Plaintiff,

v.
                                                                            Case No.: 1:22−cv−00168

                                                                            Honorable LaShonda A. Hunt

David S Sargent, et al.

                                                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 16, 2025:

      MINUTE entry before the Honorable LaShonda A. Hunt: In person status hearing held. Parties' oral motion to lift the stay of proceedings is granted. By 3/17/25, Counsel shall meet and confer and file a joint status report regarding settlement prospects and proposed next steps in the case if the litigation will proceed. Counsel may also jointly email the Courtroom Deputy if they wish to have this case referred to the Magistrate Judge for a settlement conference. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.